IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL BECKMAN, and any other similarly situated individual, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 17-CV-4551 |
| | ) | Judge Joan B. Gottschall |
| CHICAGO BEARS FOOTBALL CLUB, INC., a Delaware Corporation, and the NATIONAL FOOTBALL LEAGUE, an unincorporated association, | ) ) ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

**DEFENDANT CHICAGO BEARS FOOTBALL CLUB, INC.'S
<u>MOTION FOR RECONSIDERATION OF DENIAL OF MOTION TO DISMISS</u>**

Pursuant to Federal Rule of Civil Procedure 54(b), Defendant Chicago Bears Football Club, Inc. (the "Bears") respectfully moves for reconsideration of this Court's March 30, 2018 Memorandum Opinion and Order (ECF No. 27, the "Opinion"), to the extent that the Opinion denied the Bears' motion to dismiss the First Amendment claim asserted against it, and requests that the Court enter an order granting this motion and dismissing the claims against the Bears because the Complaint does not plausibly allege state action. The reasons supporting this motion are set forth in the Bears' concurrently filed Memorandum of Law in Support of its Motion for Reconsideration of Denial of Motion to Dismiss.

-2-

Dated: April 18, 2018

                                                                   Respectfully submitted,

                                                                   */s/ Paul E. Greenwalt III*

                                                                   Paul E. Greenwalt III
                                                                   Michael K. Molzberger
                                                                   SCHIFF HARDIN LLP
                                                                   233 S. Wacker Drive
                                                                   Suite 7100
                                                                   Chicago, Illinois 60606
                                                                   (312) 258-5500 – Telephone
                                                                   (312) 258-5600 – Facsimile
                                                                   pgreenwalt@schiffhardin.com
                                                                   mmolzberger@schiffhardin.com

## **CERTIFICATE OF SERVICE**

       This is to certify that I caused a true and correct copy of the above and foregoing to be served on April 18, 2018, in the above-captioned matter by (i) filing it through the CM/ECF electronic filing system, and (ii) sending it to the Plaintiff via electronic mail.

    Russell Beckman
    1673 River Bend Terrace, #1
    Green Bay, WI 54311
    rbeckman62@yahoo.com
    Appearing *pro se*

                                      */s/ Michael K. Molzberger*

                                      Michael K. Molzberger